UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POOROUSHASB PARINEH,<br><br>    Plaintiff(s),<br><br>v.<br><br>RAJ K. RAHEJA,<br><br>    Defendant(s). | Case No.  06-07857 JCS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE [Docket No. 22]** |

On August 30, 2007, Plaintiff filed a Motion to Dismiss Without Prejudice (the "Motion").

On September 12, 2007, Defendants' filed a Non-Opposition to Plaintiff's Motion to Dismiss Action.

IT IS HEREBY ORDERED THAT the Motion is GRANTED and the Court vacates the hearing date of October 12, 2007, and all future hearing dates set for this case.

IT IS SO ORDERED.

Dated: September 18, 2007

JOSEPH C. SPERO
United States Magistrate Judge